| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | |
| IN RE:<br><br>  THOMAS WALSH | |



Order Filed on October 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-16422VFP

Hearing Date:  10/19/2023

Judge:  VINCENT F. PAPALIA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: October 19, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.:  23-16422VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 10/19/2023 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $5,220.75 by 10/26/2023 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that the Debtor must make another payment of $5,220.75 by 11/9/2023 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney.