Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23−16422−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas J Walsh
   121 Split Rock Lane
   Park Ridge, NJ 07656

Social Security No.:
   xxx−xx−0019

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/27/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 27, 2023
JAN: rah

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16422-VFP |
| Thomas J Walsh | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 27, 2023 | Form ID: 148 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J Walsh, 121 Split Rock Lane, Park Ridge, NJ 07656-1040 |
| 519982658 | + | Christina Stana-Maria, 121 Split Rock Drive, Park Ridge, NJ 07656-1040 |
| 520037585 | + | Philip A. Kahn, Esq., Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4673 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 27 2023 20:50:00 | U.S. Bank, N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| 520012947 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 27 2023 20:49:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034 |
| 519982657 | + | EDI: CAPITALONE.COM | Oct 28 2023 00:39:00 | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 520019411 | + | EDI: AIS.COM | Oct 28 2023 00:39:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519982659 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 27 2023 20:49:00 | Credit Acceptance Corporation, PO BOX 5070, Southfield, MI 48086-5070 |
| 519987601 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2023 20:57:22 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520037586 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Oct 27 2023 20:50:00 | Meta Surgical Associates, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 520037076 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 27 2023 20:50:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519982660 | ^ | MEBN | Oct 27 2023 20:46:28 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519982661 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2023 20:56:58 | Resurgent/LVNV Funding, PO BOX 1269, Greenville, SC 29602-1269 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519982662 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Oct 27 2023 20:52:00 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519989781 | + | Email/Text: RASEBN@raslg.com Oct 27 2023 20:50:00 | | Selene Finance LP, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520045910 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Oct 27 2023 20:52:00 | | U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, LASALLE BANK NA, AS TRUSTEE, ON BEHALF O, MORTGAGE PASS-THROUGH CERTIFICATES, WMAL, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519989798 | + | Email/Text: RASEBN@raslg.com Oct 27 2023 20:50:00 | | U.S. Bank, N.A., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519982663 | ##+ | Thrift Investment Corp., 720 KING GEORGE POST RD, Fords, NJ 08863-1974 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John P. Fazzio | on behalf of Debtor Thomas J Walsh jfazzio@fazziolaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5